[No. 10591-4-I.   Division One.   January 24, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
ALLEN RICE, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 81-1-00673-2, Arthur E. Piehler, J., entered
July 23, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Williams, JJ.

[No. 9441-6-I.   Division One.   January 24, 1983.]

FREDERICK W. KIMBALL, *Plaintiff*, RICHARD W. LOMAS,
ET AL, *Appellants*, v. CALICO ENTERPRISES,
INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 809555, Frank J. Eberharter, J., entered September 26, 1980. *Reversed* and *remanded* by unpublished
opinion per Callow, J., concurred in by Durham, A.C.J., and
Ringold, J.